UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ROY W. DAVIS,                )
                             )
        Plaintiff            )
                             )
    vs.                      )    Case No.  4:08-cv-01503-LSC
                             )
T. MICHAEL PUTMAN,           )
U.S. MAGISTRATE JUDGE        )
                             )
        Defendant            )

## MEMORANDUM OPINION

On August 28, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  No objections have been filed to the magistrate judge's report and recommendation by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that this action be dismissed with prejudice.  A separate Final Judgment in conformity with this memorandum Opinion will be entered contemporaneously herewith.

Done this 1ˢᵗ day of October 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671